United States District Court
Southern District of Texas
FILED

SEP 2 5 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-14-1475** |
| BELINDA SOLIS | § | |

## CRIMINAL INFORMATION

THE UNITED STATES OF AMERICA CHARGES THAT:

### INTRODUCTION

1. On or about November 6, 2012, pursuant to the laws of the United States and the State of Texas, a general election was held in Donna, Hidalgo County, Texas for the purpose, among others, of electing the President of the United States, a federal office.

2. At the general election there were also candidates on the ballot for various state, county, and local offices, including the members of the Donna School Board.

3. At all times material to this Indictment, during the general election, **BELINDA SOLIS** assisted in the campaign to elect candidates to the Donna School Board.

### COUNT ONE
### ELECTION FRAUD

4. Paragraphs 1 through 3 of this Information are realleged and incorporated as if fully set forth herein.

5. On or about November 6, 2012, in Donna, Hidalgo County, Texas, within the Southern District of Texas, defendant,

**BELINDA SOLIS**

knowingly paid and offered to pay one and more voters for voting in the aforesaid general election.

All in violation of Title 52, United States Code, Section 10307(c) (formerly Title 42, United States Code, Section 1973i(c))

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
LEO J. LEO III
ASSISTANT UNITED STATES ATTORNEY


LESLIE CALDWELL
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

/s/ Monique Abrishami
_____
MONIQUE ABRISHAMI
JENNIFER BLACKWELL
TRIAL ATTORNEYS, CRIMINAL DIVISION