U.S. Department of Justice  
Washington, D.C.  
9/23/2014/aa

Criminal Docket

__McALLEN__ Division     CR. No. **M-14-1475** M-14-1683-M-01

**CRIMINAL INFORMATION**    Filed: September 25 2014    Judge: **MICAELA ALVAREZ**

County: Hidalgo  
Lions #: **2014R23009**  
UNITED STATES OF AMERICA

Attorneys:  
KENNETH MAGIDSON, U.S. ATTORNEY

v.

LEO J. LEO, ASST. U.S. ATTORNEY

**BELINDA SOLIS**  
*Bonded: 9/3/2014 $10,000 Unsecured Bond*

Ct. 1    David Eric Wood, Apt'd, (956) 458-2052

Charge(s):    Ct. 1: Election Fraud  
            Title 42, United States Code, Section 1973i(c)

Total Counts  
**(1)**

Penalty:    Ct. 1: Imprisonment for not more than 5 years and/or a fine not to exceed $10,000 and not more than a 3 yr. SRT

Agency:    Federal Bureau of Investigations - Brandon Cook - 56E-SA-63703

Proceedings

Date